No. 89–6398.  BOND v. SHAMS ET AL.  C. A. 6th Cir.  Certiorari denied. ■

No. 89–6401.  TYGART v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 89–6409.  WESSELMAN v. SEABOLD, WARDEN.  C. A. 6th Cir.  Certiorari denied. ■

No. 89–6411.  REYNA v. TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.

No. 89–6415.  BROWN v. TATE, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL INSTITUTION.  C. A. 6th Cir.  Certiorari denied.

No. 89–6416.  LEPISCOPO v. REED.  C. A. 10th Cir.  Certiorari denied.

No. 89–6420.  VISSER v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT.  C. A. D. C. Cir.  Certiorari denied.

No. 89–6424.  LOCKHART v. NAGLE, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied. ■

No. 89–6439.  GOODSTEIN v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ■

No. 89–6449.  ELKAYAM v. SIBERT ET AL.  C. A. 5th Cir.  Certiorari denied. ■

No. 89–6463.  BRYANT v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied. ■

No. 89–6468.  VASQUEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied. ■

No. 89–6471.  DEDRICK v. NEW HAMPSHIRE.  Sup. Ct. N. H.  Certiorari denied. ■

No. 89–6489.  SHERDIL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ■

No. 89–6507.  DUPIN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied. ■